JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Compass Alternative Investments LLC, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Candy Cardenas**, <br><br> Defendant. | Case No. SACV 17-00021 AG (JCGx) <br><br> **JUDGMENT** |

The Court enters judgment for the Defendant and against Plaintiffs.

Dated July 7, 2017

Hon. Andrew J. Guilford
United States District Judge